IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number: 5:17-cr-00027-TES-CHW |
| TROY WILLIAMS SR, | * |
| Defendant. | * |

## ORDER

Pursuant to an Appearance Bond dated December 15, 2021, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,500.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,500.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: Patricia S. Lemay

This 2 day of Jun, 2022

_____
TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE